HART, Appellant, v. HART, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Esther Hart, an infant, by Martha Gokey, her guardian ad litem, against Hermon Hart. No opinion. Judgment affirmed, with costs.

HASTINGS PAVEMENT CO., Appellant, v. CROMWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1911.) Action by the Hastings Pavement Company against George Cromwell as President of the Borough of Richmond, and others. No opinion. Motion to dismiss appeal granted, without costs. For former opinion, see 67 Misc. Rep. 212, 124 N. Y. Supp. 388.

HATHAWAY, Respondent, v. GRAHAM, Appellant, et al. (three cases). (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Actions by Edmund W. Hathaway against James P. Graham and others. No opinions. Motions denied, without costs.

HATHAWAY v. GRAHAM et al. (two cases). (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Actions by Edmund W. Hathaway against James P. Graham and others. No opinion. Motions to dismiss appeals denied, with $10 costs. See, also, supra.

HAUSMANN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Bertha Hausmann, as administratrix, against the City of New York. C. L. Barber, for appellant. F. N. Van Zandt, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to $7,841.25, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

HAWES, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Alfred Hawes against the Board of Education. W. Armstrong, for appellant. C. McIntyre, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAWLEY et al. v. LEVEE et al. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by William Hawley and another against Jeanie M. Levee, impleaded with others. No opinion. Motion granted, with $10 costs. Order filed. See, also, 139 App. Div. 569, 124 N. Y. Supp. 24.

HEATH, Respondent, v. HAGGERTY, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Carlos Heath against Frank L. Haggerty. No opinion. Motion granted, with costs. See, also, 137 App. Div. 892, 121 N. Y. Supp. 1135.

HEINITZ, Respondent, v. DARMSTADT, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Saul Heinitz against Frank Darmstadt. No opinion. Motion granted, with $10 costs. See, also, 140 App. Div. 252, 125 N. Y. Supp. 109.

HELLER v. KALISCH. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Simon Heller against Burnham Kalisch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1057.

HENDERSON et al. v. HENDERSON et al. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Andrew W. Henderson and others against Jessie C. Henderson and others.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

In re HEYMANN. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of the final accounting of Henry M. Heymann, as committee of the person and estate of John Cooney, an incompetent. No opinion. Motion denied, with $10 costs, unless within 10 days the appellant give an undertaking on appeal in the sum of $2,500. Order to be settled on notice. Settle order before Mr. Justice Burr.

In re HEYMANN. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the final accounting of Henry M. Heymann, as committee of the person and estate of John Cooney, a former incompetent.

PER CURIAM. Appellant's motion for a stay of proceedings granted, provided within 10 days from the date of the entry of this order the appellant give a new undertaking conforming to the order entered in this court on January 13th, and within such time stipulate to withdraw the appeal taken by him from the order of the county judge, dated February 6, 1911, and pay $10 costs of this motion. See, also, supra.

HEYWOOD v. TUCKER. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by C. Fay Heywood against Mary B. Tucker. With this case has been consolidated in this court cases bearing titles as follows: James Schoenwetter v. Isak Weiman (two cases); Edward J. Kobert v. Harry Condoguri; New York Metal Ceiling Co. v. Endicott-Johnson Co.; Cornelius J. Hogan v. New York Metal Ceiling Co.; Hyman Drucker v. Nathan Straus et al. No opinions. Applications denied, with $10 costs. Orders signed.